KIMBERLY CHEMERINSKY (SBN 277637)
kim.chemerinsky@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100

CHRISTOPHER J. BORCHERT
chris.borchert@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

JASON D. POPP (*pro hac vice forthcoming*)
jason.popp@alston.com
JORDAN ELISE EDWARDS (*pro hac vice forthcoming*)
jordan.edwards@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SALOOJAS, INC., <br><br>*Plaintiff*, <br><br> v. <br><br> UNITEDHEALTHCARE INSURANCE COMPANY, <br><br> *Defendant*. | Case No.: 3:22-cv-03536-WHA <br> Hon. William Alsup <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING** <br><br> **Complaint Filed:**   June 15, 2022 |

Pursuant to Civil Local Rule 6-1(a), Defendant UnitedHealthcare Insurance Company ("United") and Plaintiff Saloojas, Inc. ("Plaintiff"), by and through their respective counsel of record,

1

stipulate as follows:

WHEREAS, Plaintiff served its Complaint on June 22, 2022;

WHEREAS, United currently has until July 13, 2022 to answer or respond to Plaintiff's Complaint;

WHEREAS, United has requested, and Plaintiff has consented to, an additional four weeks (28 days) for United to answer or respond to the Complaint;

WHEREAS, an additional 28 days for United's answer or response to the Complaint will not alter the date of any event or any deadline already fixed by the Court order;

NOW, THEREFORE, IT IS HEREBY STIPULATED pursuant to Civil Local Rule 6-1(a), by and between the parties, through their respective counsel, that United shall answer or otherwise respond to the Complaint by August 10, 2022.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED: July 11, 2022 | **ALSTON & BIRD LLP** |
| | By: _/s/ Kimberly Chemerinsky_ |
| DATED: July 11, 2022 | **LAW OFFICE OF MICHAEL LYNN GABRIEL** |
| | By: _/ s / Michael Lynn Gabriel_ |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

Pursuant to Civil Local Rule 5-1(h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the signatories above.

DATED: July 11, 2022

/s/ *Kimberly Chemerinsky*
Kimberly Chemerinsky

ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

*Counsel for Defendant UnitedHealthcare Insurance Company*