KIMBERLY CHEMERINSKY (SBN 277637)
kim.chemerinsky@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100

CHRISTOPHER J. BORCHERT (admitted *pro hac vice*)
chris.borchert@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile: (212) 210-9444

JASON D. POPP (admitted *pro hac vice*)
jason.popp@alston.com
JORDAN ELISE EDWARDS (admitted *pro hac vice*)
jordan.edwards@alston.com
NICOLE A. WEEKS (admitted *pro hac vice*)
nicole.weeks@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7001

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SALOOJAS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>*Defendant*. | Case No.: 3:22-cv-03536-WHA<br>Hon. William Alsup<br><br>**JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION FOR MOTION TO DISMISS AND OPPOSITION**<br><br>**Complaint Filed:**   June 15, 2022 |

1    Pursuant to Local Rule 7-11, Plaintiff Saloojas, Inc. ("Plaintiff") and Defendant
2 UnitedHealthcare Insurance Company ("United") bring this administrative motion to exceed the page
3 limitation in Local Rule 7-4(b) for their briefing on United's forthcoming Motion to Dismiss the
4 Complaint and Plaintiff's anticipated opposition to that Motion, respectively, by 15 pages (each not to
5 exceed 40 pages).
6    On June 22, 2022, Plaintiff served its Class Action Complaint (CAC) against United. United
7 will file a response to the CAC on or before August 17, 2022. Plaintiff's Complaint involves a
8 nationwide class action involving federal and state claims, including the Families First Coronavirus
9 Relief Act (FFCRA), the Coronavirus Aid, Relief, and Economic Security Act (CARES Act), the
10 Employee Retirement Income Security Act (ERISA), the Racketeer Influenced and Corrupt
11 Organizations Act (RICO), as well as promissory estoppel, injunctive relief, and unlawful/unfair
12 business practices claims. United plans to challenge the CAC on a number of different bases.
13    Good cause exists for a brief enlargement of the limit of 25 pages for briefing in Local Rule 7-
14 4(b). Not only does the CAC involve analysis of numerous state and federal laws (for a nationwide
15 class), but it also involves complicated and nuanced areas of new law (CARES Act) and federal
16 preemption issues under ERISA. United's forthcoming Motion to Dismiss the CAC will challenge,
17 among other things, the individual requirements of federal and state FFCRA, CARES Act, ERISA,
18 RICO, promissory estoppel, injunctive relief, and unlawful/unfair business practices claims. United
19 respectfully requests additional pages to adequately address the different federal and state statutes.
20 *See also* Declaration of Kimberly Chemerinsky filed concurrently herewith. Plaintiff seeks an
21 equivalent extension to respond in kind for its anticipated Opposition.
22    In email correspondence dated August 5, 2022, the parties agreed to the requested enlargement,
23 subject to Court approval.
24    For the foregoing reasons, the parties respectfully request that the Court grant their agreed
25 administrative motion to exceed the page limitation for their Motion to Dismiss and Opposition to
26 the Motion to Dismiss, respectively, by 15 pages (each not to exceed 40 pages).
27
28

| | | |
|---|---|---|
| 2 | DATED: August 13, 2022 | **ALSTON & BIRD LLP** |
| | | By:  */s/ Kimberly Chemerinsky* |
| 6 | DATED: August 13, 2022 | **LAW OFFICE OF MICHAEL LYNN GABRIEL** |
| | | By:  */s/  Michael Lynn Gabriel* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)(3)**

I, Kimberly Chemerinsky, attest that I have received authority from each other signatory to file this document.

DATED:  August 13, 2022

*/s/ Kimberly Chemerinsky*
Kimberly Chemerinsky

ALSTON & BIRD LLP
333 South Hope Street, Sixteenth Floor
Los Angeles, CA 90071
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail: kim.chemerinsky@alston.com

*Counsel for Defendant UnitedHealthcare Insurance Company*

KIMBERLY CHEMERINSKY (SBN 277637)
kim.chemerinsky@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100

CHRISTOPHER J. BORCHERT (admitted *pro hac vice*)
chris.borchert@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

JASON D. POPP (admitted *pro hac vice*)
jason.popp@alston.com
JORDAN ELISE EDWARDS (admitted *pro hac vice*)
jordan.edwards@alston.com
NICOLE A. WEEKS (admitted *pro hac vice*)
nicole.weeks@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SALOOJAS, INC., <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED HEALTHCARE INSURANCE COMPANY, <br><br> *Defendant*. | Case No.: 3:22-cv-03536-WHA <br> Hon. William Alsup <br><br> **DECLARATION OF KIMBERLY CHEMERINSKY IN SUPPORT OF JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATION FOR MOTION TO DISMISS AND OPPOSITION** <br><br> **Complaint Filed:**   June 15, 2022 |

## DECLARATION OF KIMBERLY CHEMERINSKY

I, Kimberly Chemerinsky, declare:

1. I am an attorney duly licensed to practice law before all courts of the State of California and am a partner with the law firm of Alston & Bird LLP, attorneys of record herein for Defendant UnitedHealthcare Insurance Company ("United"). I make this declaration in support of United's Administrative Motion to Exceed the page limitation for its Motion to Dismiss the Class Action Complaint ("CAC"). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently to them.

2. United's Motion to Dismiss the CAC will be filed on or before August 17, 2022. In that Motion, United expects to challenge the CAC on a number of grounds, including federal and state FFCRA, CARES Act, ERISA, and RICO, promissory estoppel, injunctive relief, and unlawful/unfair business practices claims. United's arguments under multiple federal and state laws will likely require additional pages to provide case and statutory support. United cannot fully address these matters within the 25-page limit permitted by Local Rule 7-4.

3. I am informed and believe that Plaintiff contends it will be required to respond in kind in its Opposition, necessitating an equivalent page extension.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 13th day of August, 2022 in Los Angeles, California.

*/s/ Kimberly K. Chemerinsky*
Kimberly K. Chemerinsky

KIMBERLY CHEMERINSKY (SBN 277637)
kim.chemerinsky@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100


CHRISTOPHER J. BORCHERT (admitted *pro hac vice*)
chris.borchert@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

JASON D. POPP (admitted *pro hac vice*)
jason.popp@alston.com
JORDAN ELISE EDWARDS (admitted *pro hac vice*)
jordan.edwards@alston.com
NICOLE A. WEEKS (admitted *pro hac vice*)
nicole.weeks@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SALOOJAS, INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>*Defendant*. | Case No.:  3:22-cv-03536-WHA<br>Hon. William Alsup<br><br>**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS AND OPPOSITION**<br><br>**Complaint Filed:**     June 15, 2022 |

**[PROPOSED] ORDER**

This matter comes before the Court on the parties' Joint Administrative Motion ("Motion") to exceed the 25-page limitation for Defendant's Motion to Dismiss the Class Action Complaint and Plaintiff's anticipated Opposition thereto.

Upon consideration of the Motion and good cause appearing, the motion is GRANTED.

Accordingly, Defendant's Motion to Dismiss the CAC may exceed the 25-page limitation by 15 pages (not to exceed 40 pages). Plaintiff's Opposition thereto may exceed the 25-page limitation by 15 pages (not to exceed 40 pages).

**IT IS SO ORDERED.**

DATED:

---
Hon. William Alsup
U.S. DISTRICT COURT JUDGE