KIMBERLY CHEMERINSKY (SBN 277637)
kim.chemerinsky@alston.com
**ALSTON & BIRD LLP**
333 South Hope Street, Sixteenth Floor
Los Angeles, California 90071
Telephone: (213) 576-1000
Facsimile:  (213) 576-1100

CHRISTOPHER J. BORCHERT (admitted *pro hac vice*)
chris.borchert@alston.com
**ALSTON & BIRD LLP**
90 Park Avenue
New York, New York 10016
Telephone: (212) 210-9400
Facsimile:  (212) 210-9444

JASON D. POPP (admitted *pro hac vice*)
jason.popp@alston.com
JORDAN ELISE EDWARDS (admitted *pro hac vice*)
jordan.edwards@alston.com
NICOLE A. WEEKS (admitted *pro hac vice*)
nicole.weeks@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street, Suite 4900
Atlanta, Georgia 30309
Telephone: (404) 881-7000
Facsimile:  (404) 881-7001

*Attorneys for Defendant*
*UnitedHealthcare Insurance Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SALOOJAS, INC.,<br><br>    *Plaintiff*,<br><br>    v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY,<br><br>    *Defendant*. | Case No.:  3:22-cv-03536-WHA<br>Hon. William Alsup<br><br>**[PROPOSED] ORDER AS MODIFIED GRANTING JOINT ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITATIONS FOR MOTION TO DISMISS AND OPPOSITION**<br><br>**Complaint Filed:**    June 15, 2022 |

**[PROPOSED] ORDER AS MODIFIED**

This matter comes before the Court on the parties' Joint Administrative Motion ("Motion") to exceed the 25-page limitation for Defendant's Motion to Dismiss the Class Action Complaint and Plaintiff's anticipated Opposition thereto.

Upon consideration of the Motion and good cause appearing, the motion is GRANTED.

Accordingly, Defendant's Motion to Dismiss the CAC may exceed the 25-page limitation by ~~15 pages~~ 10 pages (not to exceed ~~40~~ 35 pages). Plaintiff's Opposition thereto may exceed the 25-page limitation by ~~15 pages~~ 10 pages (not to exceed ~~40~~ 35 pages).

**IT IS SO ORDERED.**

DATED: August 16, 2022

_____
Hon. William Alsup
U.S. DISTRICT COURT JUDGE