Law Office of Michael Lynn Gabriel, CA Bar 86924

1903 A Cooley Ave

East Palo Alto, CA 94303

650-888-9189

aetsal@earthlink.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO  DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

| | |
|---|---|
| **SALOOJAS INC,** | : **Case Number 3:20-CV-3536** |
| **Plaintiff** | : **REVISED NOTICE OF CONFLICT WITH** |
| | : **DATE TO HEAR MOTION TO DISMISS** |
| **vs.** | : |
| | : |
| **UNITEDHEALTHCARE INSURANCE COMPANY** | : **U.S.  Judge William Alsup** |
| | : **Date: January 12, 2023** |
| | : **Time: 8:00 a.m.** |
| **Defendant.** | : **Location: Courtroom 12** |
| | : |

A hearing on the motion to dismiss is scheduled  on 1/6/23 in the case Saloojas, inc vs Blue Shield  4:22-cv-3269  AND  in the case Saloojas vs. UnitedHealthcare on Jan 12, 2023 3:22-cv-3536.

The dates conflicts with a scheduled Federal Jury trial before Judge Freeman in the case Steven Lombardo vs. Mercantile Resource Group, inc  5:20-cv-2153.

The trial had been set for over a year on a pro bono case. The Plaintiff had been promising to get a new counsel for over a year. When it became clear that new counsel was not being actively searched in an effective manner a motion to be relieved as counsel  was brought,  heard on Nov 4 and denied due to close proximity of trial date..

TITLE OF DOCUMENT:  NOTICE OF CONFLICT ON DATE FOR MOTION TO DISMISS

PAGE NO  1  OF  2

1

2        A motion for a Writ of Replevin is set for Dec 15m 2023 in the Lombardo action which would

3    if granted  probably  make the trial moot.

4        Lombardo Jury selection is set to begin on Jan 6 with trial starting on Jan 9 and estimated to

5    last up to a week.

6        In Jan 2023 my calendar is clear, as of now.  except for a motion to dismiss hearing  originally

7    set for Jan 16 has been changed to January 27 in the case Saloojas, inc vs. Cigna   3:22-cv-3270

8

9        Dated Dec 6, 2023                              _s  Michael Lynn Gabriel_
                                                        Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TITLE OF DOCUMENT:  NOTICE OF CONFLICT ON DATE FOR MOTION TO DISMISS

PAGE NO   2  OF  2