UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SALOOJAS, INC.,

    Plaintiff,

v.

UNITED HEALTHCARE INSURANCE COMPANY,

    Defendant.

No. C 22-03536 WHA

**FINAL JUDGMENT**

Seeing that no motion for leave to amend the complaint was filed by the deadline set in the prior order dismissing this action (Dkt. No. 52), for the reasons stated in that order, final judgment is hereby entered in favor of United Healthcare Insurance Company and against Saloojas, Inc. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 27, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE